## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

*Antoine Edwards*

*748056*
Inmate (DOC) number

_____

(Enter above the full name of
each plaintiff in this action.)

RECEIVED

MAY - 3 2022

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

VERSUS

*Col. Luke Rheem, Warden Nettle*
*Col Simon Captain Reed, TW Arden*
*Tim Hooper Major Calvert, Tim Hooper*
*Dept of public safety & correction*
*of LOUISIANA State penitentiary*

(Enter above the full name of
each defendant in this action.)

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER,** you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER,** you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Corrections.

**<u>All copies of the complaint must be identical to the original.</u>**

The names of **<u>all parties</u>** must be listed in the caption and in part III of the complaint **<u>exactly</u>**

<u>the same.</u>

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( ) No ( X )

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to this previous lawsuit
        Plaintiff(s): _Antoine Edwards_
        _I don't know if they Filed it_
        Defendant(s): _Tracey Flemming; Jason Williams, Brad scott_

    2.    Court (if federal court, name the district; if state court, name the parish):
    _Supreme Court Louisiana parish of ORleans_

    3.    Docket number: _2022-KH-00292_

4. Name of judge to whom case was assigned: _John L. Weimer_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
_I send the form to them No response yet Don't know if they filed them_

6. Date of filing lawsuit: _February 03, 2022_

7. Date of disposition: _Don't know if they filed the forms. They are Tort Claims._

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?     Yes ( )     No (X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. _N/A_

II.  Place of present confinement: _Louisiana State Penitentiary_

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. _2020-0907 & 2020-0229 & 2021-0883 2021-1688 & 2021-2470 & 2021-2665 & 2021-1003_

2. What steps did you take? _1st step & 2nd_

3. What was the result? _Denied Both level on All_

D. If your answer is NO, explain why not: _N/A_

3.

**III.    Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Antoine Edwards #748036
   Address LSP Angola La 70712 Tiger 4R #2

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.   Defendant Col Luke Rheam, WARDEN Nettles,                    is employed as
     Ceol. & WARDen                        at

C.   Additional Defendants: WARDen Nettle, Captain Reed, Captain
Calvert, Major Jack, Major Sterling Major Lamana
Major Lewis, Col Simon And Names on writeups.
NEW WARDEN Tim Hooper

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On About 7-28-20 I was wrote up Captain Breford falsity
Document on verbal Z/F I was sentence to 5 days. Stay
28 days. Then Place on extended lock down As of Double
Jeopardy. Finish my 90 days About 12-8-20. While WARden
Nettles was making Rawl I spoke And told him I should
have been release due to completing Both Sanction of Double
Jeopardy. He I got mad at me cause he didn't try to comprehend
me so he grab me and twisted my Arm. that cause Severe pain

1st 8th 13th 14th violation Also 5th

4.

And I was neglect ed as medical then I was on ship me
to Camp D. Over on Camp D. Ms Captain Reed was calling me while
I was In the shower. I'm thinking they trying to set me up again. I
Ignore her. She consistent for me to come to the front of shower while I'm
Nude. So I comply out of fear of A write up. Her And two other lady one
I remember MS. Davis. They all look me up and down. So I wrote A ARP.
Then that when All the extra punishment of Cruel & Unusual punishment come
from. When She Notice I wrote her up In retaliation she made MS. Davis
write me up. 1-19-21. Then She Sent Captain Turner to write me up.
Due to them violating my religious practice of my beard. She made them
cut. Ft. 2-1-21. I was held down by Administration officer At
least 5 of them. mask up as tag team. Major Jack Major Sterling Major
lewis. Emt held me down while they cut off my beard. saying racist
words like you A Terrorist due to me being Islamic Also black
History month. 3-29-21 Captain Reed approach while s leep they had
A Sweeper In my ber She curse me wrote one up for that in retaliation
And lock me up. Her Boyfriend Col luke Rheams retaliated by his
Sadistic act Cause I ask for my property. Made me Stripe brought
me out the Cell In Nudity for humilation In front of the tier.
Also was made by Major lamana as a direct order from Col Rheams
to keep his hands clean. I was Sentence to 20 days for a Rule 3.5. Couldn't
have the property, hygiene, social Interaction, suffering from schizophrenia,
couldn't get my basic needs 23 & 1 No yard time. Severe mental illness
couldn't get medical, social, mental help. Kept my law working prayer Rug
my law books, law work. caught a Seizure, Suffer from Rheumatism back
pain illness, shoulder pain & neck. Refuse of Liberty the Right to population.
cause Indifference due to me trying to do my law work. Almost got bar out.
Then MS Captain Reed comes as a medical Pill Personel And gave me
my medicine that when I was expose to Corona. that was a Atrocity
Act by administration In retaliation. That is ongoing for two years Now.
Also Major Jack said they gone kill us by genocide. the water is
polluted, unsanitary practice, malpractice with medical And getting the
proper help that I Need. Warts on my feet. get out the Shower Itchy

I fear for my life In the hands of Administration SET up to fight wit Inmates, even was set up to get rape but I fought them In self deten Inmates throwing feces. They fail to protect. On 10-08-21 Captain Calw Mace me 252 gram of mace. Also Qu 30-21 Mr Calvert Sprayed at least A 100 grams of mace due to MS William Refuse to give me my meds Due to them being In A relationship. He Sadistic Stripe Search me try to Spray my buttock escorted me down the Stair blinded. where I slip down the Stair And Again he mace me Again. both times he double maced me. Lt Guillot mace me with 12 grams. Sgt Untereiner twisted my wrist hand and it Swolled up. Refuse help from Dr. Gamble 4-16-2021. Under R.S. 1950 It has been Some Corporeal excessive force, And like threaten Predicament. Sexual Sadistic Stripe Searches. Cruel A Unusual punishment violation of Due process color of law Authority misconduct Falsifying Docume I have been treated a s a Slave. Working for 4 cents. held Hostage In these dangerous cells violation of my Substantial Right and Constitutional Right, 1st 4th 8th 13th 14th As the Cause of Action. Also mR. Simon told me he gone break me As to do the Willie Lynch Protocol how to break a man like A wild horse. I been denied the proper treatment to medical, Social, psychiatrist treatment. Not receiving the proper Nutrient, Necessities, Social interaction, Right to population. All due to the Judge Ms. Tracey Hemming Davillier sentencing me to Angola at Hard labor - Slavery. And I'm Innocent This is a Tort Claim from Intrinsic fraud on ORleans District Court to malicious prosecution to Sending me to Angola who Is of the State official In Human Trafficking & Slavery as a Corporation and Partner of The State of Louisiana Governmental official In a Federal Tort Claim from The State of Louisiana US. Antoine Edwards case 535-495. Also Louisiana Supreme Case 2022 KH-00292 I'm seeking Injunction Relief with A Consent of Jurisdiction To Both Agency As a Sua Sponte to Case 535-495 for lack of Jurisdiction And violation of the Institution of prosecution By Grand Jury and violating the JuS gentium of Moorish American nation citizen Nationality

Mr. Edwards has been pushed to the brink in conduct most in self Are his two kids Are his wife, plaintiff is Emotional Physical, mental, fisically having Irreparable Injuries Classification In it too.

## Relief

~ granting plaintiff a declaration from The OBAMA Executive order on Slavery Immediate Release then.

3 Grant Remuneration for Time that has been wasted. Sum of $75,000

4 Granting NO Retaliation From All defendant.

5) $1,000 from defendants who all played a part In my suffering from there unethical Conduct and conduct under Color of State law And violation of R.S 1950.

For Not having prudent moral Intergrity are the Right State of mind For being A Correction officer Negligents to correct Situation Not Abuse Men. or Slave them. Negligents of Necessities, And Interaction of Social Activity

5. Seek Jury Trial In this suit.

6) Seek also recovery of their Cost ~~Is~~ In this suit.

7. Additional relief this Court deems just and equitable

8) stop them from playing with my mail

Respectfully Submitt    April 27, 2022

Antone Edwards 748056
17544 Tunica Trace
Tiger 4R#2
Angola LA 70712

## Verification

I have read the foregoing Complaint and Hereby verify that the matter alleged Are true.

## Certificate of Service

please I hereby Ask that these Parties be Serve In mailing Form

ACU
1340 Poydras
New orleans LA 70119

Supreme Court
400 Royal St Ste 4200
New Orleans LA 70130

International Court
Robert Kennedy Building
950 pennsylvania Ave
Ste 4141
Washington DC 20530

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or

statutes. Attach no exhibits. Want all to be discharge and punished as

this court see fit from official duties. Remuneration from pain

and suffering. Compensation No less the 50,000 And above

as the court see as Fit. Executive order from President OBama

Immediate release from Slavery & Human Trafficking Labor Trafficking

**VI.    Plaintiff's Declaration**

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __16__ day of __April__, 20 22

Antoine Edwards

Antoine Edwards 748056

Antoine Edwards

Signature of plaintiff(s)

5.