SCANNED at LSP and Emailed
11-7-22 by VB, 14 pages
date   initials   No.

RECEIVED
NOV 07 2022
Legal Programs Department

# United States District Court
## Middle District Of Louisiana

Antoine Edwards 748056
    Plaintiff-Appellant

VS

Luke Rheams ET Al
    Defendants-Appelles

Civil Action No
22-290-SDD-EWD
3:22CV290

## 42 U.S.C §1983
## Amended Complaint

ORDER/Reason/Opinion Recommendation 28 U.S.C 1915 IFP Copies Federal Court of Appeal Department of Justice International Court of Justice Amicus Curiae Home Rule 28 U.S.C §636 The National Court Bldg

---

Due to this Case In the Inhumane Treatment that has been going on And still going on In this Cruel and Unusual Punishment. My life person and being has been going Through None Stop Tormenting, Emotional, mental, physical, Spiritual, Even economically For All my property has been taken. Due process has be violated. Equal protection of law is Not Available. Just got maced November 1, 2022 by Major Bernard Striped out the only I left Shirt and boxer. Also Sgt Matthew Took the only Also push me In the Shower Shorts, I had Each officer Just taking bit by bit. Major Bernard didn't Even write me up For his Aggravated Assault with weapon of Chemical Agents. Due to the ongoing Inhumane Treatment. While writing And Follow The A.R.P System. It has become my probe For The ongoing Inhumane Treatment, deliberate Indifference, Negligence, Falsifying Document In A Joint Tort Feasor And Constitutional tort, I was taken out of G.E.P Class to be Force back In the Field For 4 cent pay. that is uncivilized And Below The wages of minimum wage. For the Federal prisoner get paid more. Due to the Jim Crow Governance of Convict leasing has been sold to A modern Day slavery as Chattel property In there political scheme of Unjust enrichment, To work For 4 cents Is Slavery. Cartel

Colorable Cause of Diversity Jurisdiction Verified Complaint

## Concurrent Jurisdiction Consent

Article III § The Judicial Power of the United States shall be vested in One Supreme Court. §2 The Judicial power shall extend to all cases In law and equity, Arising Under the Constitution, The laws of the United States, And treaties, or which shall be made, Under Authority to Controversies to which the United States shall be Party. Between a State or the citizens thereof and Foreign States, Foreign Citizens or Foreign Subjects

Jurisdiction of this Court is invoked under the Divine Constitution by laws of Moorish American via El Hajj Shariff Abdul Ali with full Authority from H.R.H King Abdul Aziz Ibn Abdul Rahman Ibn Faisal Al Saudi Treaty of Marrakesh - Library of Congress, washington District of Columbia, United States Constitution/law of Nations and Supreme law and statutes of the United [sic] State Republic

[E]nforcement of the... Divine Constitution and by-laws of El Hajj Shariff Ali, Rex "The United State Constitution, Moorish America, Zodiac Constitution, United Nation declaration The Verified Complaint Nationality Act 8 U.S.C.A §1101. Exercise of Constitutional - Various treaty and Federal Constitutional treaty Secured Rights Governed by the National Government executive order 13107©AAZZ141 The Treaty of Marrakesh of 1786/1836 and judgment August 27 1952 International Court of Justice.

Supremacy Clause 28 U.S.C.A §1601-1611 As Ipso Jure Moors ennobled In propia person Umar Ansar Yusuf El Ali Natural born beneficiaries of the land. Improper Nom de guerre Misrepresentation, Misprison Due to the State of Louisiana Jim Crow Governce In violation of the Guaranteed Clause. The Supreme Court has jurisdiction over Diversity of Citizens The Controversies is Between the state and the citizen, foreign citizen who Birthright is not recognize In violation of Treaty By the Local Government Antonio Edward Newbern Ali. Plaintiff Mr. Edward - Ali give consent for Adjudication

United States District Court
Middle District of Louisiana

Antoine Edwards (748056)
   Versus   Plaintiff Appellant

Luke Rheems, ET AL
   Defendants - Appelles

Filed 11-2-2022

Civil Action No
22-290-SDD-EWD
3:22cv290
Micheal L. McConnell
Clerk of Court

42 U.S.C. §1983 Joint Tort Feasor
Constitutional tort Amended Complaint Fed.R.Civ.P Rule 26(a)

## ORDER/Reason

Now Comes into this Honorable Court, respectfully submitting these Cause of Action for Relief And Redress In the Nature of Action Entitled For Relief to wit:

### Joint Action Cause of Action Rule 8(a)(2)

Constitutional Tort. Joint Tort-Feasor. Negligence Deliberate Indifference. Color of law Misconduct, Malfeasance. Cruel and Unusual Punishment Inhumane Treatment 1st Amendment, 8th Amendment 13th Amendment 14th Amendment Violation of Human Rights. Falsifying Documents. Breach of Trust

Under Fed.R.Civ.P 18(a) Joinder of Claims. A party asserting a claim to relief as an original claim counter claim, cross claim or third party claim may join as many claims as he has against an opposing party whether they are legal or equitable. All receive mail was proof of ongoing personal investigate

Federal.R.Civil.P 19 and 20 Joinder of parties. Uniting as parties to an action. 19(a) The Courts must required that he be joined. Also can't get No help they keep me In solitary confinement still.

Federal.R.Civ.P 20(a) Judgment may be given for one are more of the plaintiff according to there respective right to relief, and against one or more defendant according to their respective liabilities Fed.R.Civ.P 20(a)

<u>Fed. R. Civ. P-15</u>

At 17544 Tunica Trace Louisiana State penitentiary In Angola. Who Is partnership with The State of Louisiana District Courts, Was seized Unconstitutionally Unlawful Arrested And Unconstitutional Convicted. In the Joint Several liability. Unlawful removes from the Vicinity where I was Found. In the post Incarceration. Was taken Away by force, Intimidation also Fraud against my will. Being Confined for a Substantial period in a place of Isolation, being Treated Inhumane Cruel and Unusual Confined to do Hard labor For 4 cents. In violation of the 13th Amendment. As a political Hostage as to facilitate commission of any felony or flight thereafter. The Administration of Angola has Inflicted bodily injury by excessive force with Chemical Agent weapon of Riot Cans of chemical mace. Also has been terrorize by Racial discrimination. Due to the Unethical conduct, color of law, Malfeasance, Falsifying Of Documents. Been held In the Cells as a ongoing Tormenting of Cruel and Unusual punishment Causing Deliberate Indifference In violation My Constitutional Rights by Constitutional Tort In A Joint Tort Feasor. Mr. Edwards Is being Deny Equal protection of the law Due to the value of paper money In the prepaying the Filing. I'm being Abuse daily In this penal Institution And Can't get no protection Are Help From The Court of Justice freedom And Equality. So I Can't get no help due to Not having Money. I have been In Imminent danger and Physically, Mentally, Psychologically. And Even Spiritually. I have just been maced Again Nov 1, 2022. I try to get A transfer and All I Can't get no help. They lost All my property. So I'm gone need My Discovery report, of A.R.P occurrence report to really modify And Amend my Complaint. But the prison A.R.P Is back up And they take A long time to respond. But I have been Applying Can't get In No Programs Are Nothing It's A Conspiracy.

The prison mailbox rule for Louisiana pro se inmate for the transmission to the Court. They received and should have been docketed by the Court. See Cooper v. Brookshire, 70 F.3d 377, 379-80 (5th Cir. 1995); Vicks v. Griffin, 07-5471, 2008 WL 553186, at *3 (E.D La. Feb. 28, 2008) The Standard Review factual Allegation in the Complaint as true U.S. vs Unwired Inc. 565 F.3d 228, 232 (5th Cir. 2009)(citing Tellabs, Inc v. Makor Issues & Rights LTD., 551 U.S. 308 (2007) For relief valid claim Gentiello vs. Rege, 627 F.3d 540, 544 (5th Cir. 2010)(quoting Doe v. Myspace, Inc 413, 418 528 F.3d (5th Cir 2008). Also officer K Matthew push me in the shower fully restrained I fell And my back & shoulder is in pain

## Argument

Due to the Cruel and Unusual punishment, By In humane Treatment, As to Cause deliberate Indifference To Access to the Library, Also To My Substantial Right to Liberty Subsection 9 of R.S 15:1177(A) R.S. 1950 of Unethical Conduct And Negligence In the Ongoing Tormenting of Mr. Edwards In their disregard wanton And Reckless Disregard for my Rights my person and my freedom. The prison of Angola Administration Officer From Main prison, Camp C and Camp D As the Discovery of A.R.P will reflect all complaints of Negligence Torture and Cruel, Inhuman Degrading Treatment and punishment without penological purpose. Lacked social interaction and environmental stimulation and basic need. I have No property due to them losing my property In retaliation from these suits. They lost my law work, 3 books I wrote, And my law books. It's has been a ongoing retaliation In A joint Tort Feasor. I follow The Administration Remedy Procedure All has been denied. I know that The prosecutor told them to keep me In these cells Due to there partnership In the Jim Crow Governance of Convict Leasing. Selling Convict to prisons as chattel property working for 4 cent - 50 cents. Below the Minimum Wage Is Inequality Injustice And Slavery. No Man or women will work for cents. De Minimis uses of physical Force I almost die.

In the Cruel and Unusual punishment In violation of R.S 15:1177(a) Substantial Right to Liberty - population. R.S. 1950 Unethical Conduct, Double Jeopardy, Malfeasance And Misconduct, Color of law In A Ongoing Tormenting of deliberate Indifference, Not being release to population to have Access to the Library to obtain my Freedom. Refuse to Follow postal policy And A.C.A. Standard. Unsanitary Practice, Mold And mildew And Rust, Paying below minimum wages, Turning humans to chattel property of Enterprise. In there Unjust enrichment. Rackateering Activity. It's Suppose to be A prison-Confinement. Now It's A Enterprise with Rodeo, Food Stand at different Camps. Even have Families staying on the prison. It a Plantation And the State of Louisiana sold us to Angola In the Jim Crow Convict leasing. They refuse to release me to populations. I have been Abused, tormenting, Agonizing, held as a Hostage to the Cells so I can't do my law work.

## Main Prison

1) Incident while being housed At 17544 Tunica Trace at Walnut 1 Dorm. Captain Bradford allegedly <u>Falsified a document</u> that cause Mr. Edward to be Sentence to punishment of 5 days of Lockdown. The Administration refused to release Mr. Edwards After 5 day. In which Mr. Edwards Stayed Extra days. Then In the Double Jeopardy of the Same Charge was Sentence to Extended Lock Down. That was cruel and Unusual punishment I Filed A A.R.P Stating I need to be release to do my law work.

2) From July 25, 2020 to December 8, 2020 it was at least 120 days. I Finish my 90 days Extended lockdown. I Ask Warden Netthes In CBA upper Right why was I not release I completed my 90 days, He get mad And try to hack me up he twisted my Arc causing severe pain place In the Shower. He denied me medical attention, My wrist and hand was Aching. Then He Transferred Mr. Edwards to Another camp, in retaliation so That I would not retaliate. That was <u>Battery</u>. And <u>Negligence</u> He refuse to release from my 90 days on Extended lockdown.

<u>Camp D</u>    Raven

3.) After the Transfer from CBA I was sent to Camp D In January 2021 while In the Shower Ms Captain was Continuely trying to get my Attention In the Shower calling me. Then she said that's how you gone act I let you Shower. So I got Scare thinking she gone Falsityave write me up, this my First time doing time. So I came to the Front of the Shower she looked at my Nudity As a Form of <u>Sexual Harassment</u>. When she notice my write she made MS. Davis write up for a Cloth line when I was taking It down.

4.) In Another retaliation Captain Reed had Captain Turner wrote Mr. Edwards up In the violation of my religious Rights <u>1st Amendment</u>. At Raven. Major Jack, Sterling, Lewis, Emt and other Individual. Took Mr. Edwards To Hawk Outside off the Camera held Mr. Edwards Down while. MS. Kelly and Major Lamana was holding the camera held me down An violated my 1st Amendment also was called All type of Racist Name Due to me being Islamic Call me A terrorist. In Retaliation of MS Reed

5.) Luke Rheams And MS Reed had a relationship. While Luke Rheams was making Rounds, I ask for my property. He refused to give my property He asked for my Under wear when I refused to comply. due to me being In the Cell with Another Man. I was force to Stripe In front mental patient. Then he told Lamana to use the chemical Agent In excessive force while In my cells. I was then taken out the cells In nude while heading to the shower I saw MS. Reed laughter. The I Caught A seizure I was sentence to 70 day In excessive Sentence.

6.) prison mailbox rules as follow In Saint tort Feasor.

Main Prison

7.) On September 30, 2021 and October 8, 2021 I was maced twice by Captain Calvert spray 200 grams of mace. While maced felldown the stairs blinded.

8.) Conviction Is not Final In the post incarceration. And post Conviction. I have been Sentence to Life And Hard labor. Slavery In voluntary In servitude. Working for 4 cent Is cruel and Unusual punishment, In humane treatment, Inequality In federal prison they pay minium wages. That Is Injustice and Cruel

9.) 8-28-22 Sgt Ross while I was in the shower stated what Are you looking At He stated He Trying to see my Ass-Buttock After I Was Sentence to A Excessive Sentence of 90 days When I was finish I was Not Release to population. They have us In the cells 23-1 for yard time we be place In Cage 10x10. No room for exercise. They refuse to follow Postal policy. I'm being continuely harass, Falsifing Documents. Also They lost my law work that All I been trying to do Is get to the law library to do my law work that is my only purpose to get back home to my Family The State of Louisiana political and organize government Is Not Doing Justice They Are Organize Con Artist For Unjust enrichment. I have been going through It for year And the Courts of Justice Refuse to Administer Justice to help A man-human being who Is Suffering At the most evilest prison. In the cell 23-1 being Stripe of all right to basic Needs down to a pair of boxer. I Just got Maced November 1 2022. woke up they told me to clean up the law work I had, In my cell while getting down. They was making Rounds Major Calvert And Major Bernard And Sgt Anderson As the operater of the tiver. while I was getting down about to fix it he hurry up and spray me the camera will Show It was about 6:30 a.m. I was all ready In the Dungeon sitting over 20 days From A one day Segregation It's all in retaliation Due to them knowing About the lawsuit From the legal Program Knowing my moves. The System Is against us Can't get no Inside the prison are From the Court of Justice It's all about money. I'm Being Denied Equal protection of the law. Under the 13th Amendment §12 A declaration that the Defendants in Accordance has forfeited his Rights to all his/her property due to his negligent Act of Inducing, to Slavery, Involuntary servitude-Hard labor Even falsify the 1040 tax Form and Stated Falsely I made 12,493 on my tax Form. It's time For Equality, Justice Freedom, under the Louisiana Governance of Jim Crow and Napoleon laws And they know but they refuse to Fix these law Treating people Inhumane all For paper money. A human is valuable then money. Can't replace a human life. you could replace money. Can't get No paper. Can't get No help In Dungeon, Can't get to Library.

## Facts of Injustice

I went through all this As A Human, And The Courts of Justice Is discriminating Saying pick A few claim. As A Human going through all that, That is to much. How would you want to be treated If you endure All that. People kill there self when they fill they can't get no Help. They Feel Hopeless. The Golden Rule treat people How you want to be treated. The Court of Justice Is to Administer justice. Take my Case All of What I have been through And Judge. Not pick over this one and this one. That is very Immoral to partiality and bias Not to handle All my Case. That was like A Ongoing Inhumane Cruel and Unusual Treat. And as of myself whAt through It personally. It's As a investigation And this All I have, And All I been through. If you can't Administer justice give It to Some one else, For I been going through It. I'm A Human, A Father Husband and A provider to I Live For my Family And kids. I'm In prison by A Case of Conspiracy they put two guns on me, to Entrap me by collusion And False Fabricate Eliciate Testimony of perjury For leniency. I'm going through to much As A Innocent Man In the State of Louisiana Under the Jim Crow Goverance. of Slave Codes And Black Code. I'm being discriminate In the Courts of Justice, Equality, And Liberty, And Freedom. And I Not trying to make you mad that is how I feel can't get no help. Need money to get help from the Courts of Justice wow. They Just throw be in prison by Fraud and trying to keep me In the Cells so I could get Bar Out of Courts. But God Is the best of planners. He sit High and He look low. All will have to Answer to him. God said Do your Job As you working For him May My Justice be Done According to Law. The law of Nature Jus Na turale May my case be Judge with moral, Conscience, Integrity, with Sympathy And Empathy As If I was your child, brother, father As to Say Some one you love. God said love your neighbor like you Love yourself. Amen

Due to the Violation of Human Right, Malpractice And Inhumane Treatment I have been stripe of All my Constitutional Rights, Human Rights, Civil Rights, Natural Rights, Also Individual Rights that Allah God that is inalienable Rights As to Pursuit of Happiness And Conscience. I have been Stripe of All my Property, Law work my proof of All my Documentation. Can't even get Equal Protection due to being pauper. Need Money for Justice to be done. Louisiana Is known for there Jim Crow Governance of Convict Leasing As the promise of justice has Stated. I have been Sold TO Angola that is A well known plantation that operate in the Form of Slavery. Louisiana Is Suppose to be Govern by The Guaranteed Clause of A Republic Government. The Jim Crow and Napoleon Law is known for having Black Codes And Slave Codes. And refuse to let Justice be serve.

## Fed. R. Civ. P Rule 26(a)(1)

Due to the State penal Institution Losing All my property I'm In Need of My Discovery of the motion that I Filed. So that I could properly Amend my Complaint. Due to the Inhumane Treatment of Cruel and Unusual punishment And Constitutional Rights In the Joint Tort Feasor.

## Relief

I pray to wit:
1.) Seek Compensation for Remuneration of Damages.
2.) Seek disavow of domicile back to my home land of Morocco In the Treaty of © AA 222141 In the Proclamation of President Obama executive order Immediate Release for Human Trafficking And Slavery.
3.) Need A investigation From F.B.I or C.I.A In this ongoing Joint Tort Feasor of Cruel and Unusual Punishment And False Imprisonment Immediately In Danger.
4. Be paid Monetary for Physical, mental, Emotional Distress And pain and suffering, Expatriation to home land

5.) Send me back to my Jurisdiction of Orleans parish so my family could come see until it be resolved.

6.) I'm In fear of my life don't feel safe In the hands of Defendant I be tormented 2½ year Is enough I'm tired. Need A restraining order and No Retaliation.

### Conclusion

Due to these ongoing Joint tort feasor of Inhumane Treatment, Cruel and Unusual punishment In the Custody of Angola Administration has Cause deliberate Indifference to my Freedom, Liberty Justice and Equality. I seek Redress from All the irreparable injuries From physical, mental, spiritual, emotional Distress I almost lost my mind I Thank Allah-God for the Strength. I pray that Justice be done And Remuneration for All suffering And pain. Seek privilege and Immunity.

### Affadavit

I hereby swear under the penalty of perjury all Is true to the best of my knowledge MAY Fiat Justitia.

### Certificate of Service

Please serve the foregoing Mail by Email are delivery I have No way to make Copies And get to the library In time so please serve A Copy. Home rule 28 U.S.C § 633

LA Supreme Court
400 Royal St
New Orleans LA 70130

O.O.S
Robert Kennedy BLGD
950 pennsylvania NW ste 4141
Washington D.C 20534

Federal Court of Appeal
600 S. Maestri pl
New Orleans LA 70130

Bureau of prison
320 First Street NW
Washington D.C 20534

Antoine Edmunds
17544 Tunica Trace
CBD Lower Right #12
Angola LA 70712

Bible Percentent of the Holy Writ God Law of Nature In his Statues, ordinace and testament of Life

(Gen. 18-25) God himself is the Judge of mankind. Due to this being the year of Jubilee. No one is Not Respecting God Sovereignty laws. Equality Before law of (Exodus 21:24) God law protect widow, Fatherless child, Slave, And Stranger from Injustice. (Exodus 21:2 20.21 22:21-23) The Jubilee Special Year in Which proclaim Liberty throughout all the land. Leviticus 25:10 debt, Slaves, Servants, release from debt and were set at Liberty. Prevent from oppressing one another (Lev. 25:17) God went people to be Free. He is the Authority The Judge, Sovereignty In his providence this world His Dominion (Luke 4:18-19) Give everyone a chance to Start over. God Law of Nature Live Forever for he is King of Kings And Lord of Lords He is the Sovereignty. To add on to God Law is False For they have no Authority to Control only by the law of Nature, Jus Naturale Sabbitical year The 7th year is always the Lord Release. The Devil has been Deceiving people. They really think they have power over people. People Barely have power over there kids, For we all have Free Will. The law that Live Forever Is In the Bible with the True Discretion. Putting there hand on the Bible taking False Oaths. The Lord Decreed the Rules and regulation to Govern humans Affair for he made The Universe the world and all resource and Told us to multiple But they refuse to follow his Decree.

Allahu AKBAR GOD Yahweh Dios Is the Sovereignty!

# GOD Instituted the Conditions of Slavery Bible Precedent LAW

<u>Leviticus 25:39</u> As a hired servant and a sojourner he shall be with you and shall serve you until the year Jubilee (This is the year of Jubilee As God who's providence land Air Humans, the True Sovereignty over all, who live forever. He Have Full Authority And All must Respect his Judgment As Decreed.)

(41) And then he shall depart from you, and shall return to his own Family He shall return to the possession of his Fathers.

(42) God Say For they are My servant, whom I brought out the land of Egypt, they shall not be sold as Slaves. (As to The Jim Crow Governance of Convict lease has Sold Man to Angola As Chattel property)

(43) You shall not rule over him with Rigor, <u>But you shall Fear your God</u>

(54) And if he is not redeemed in these years, then He shall be release in the year of Jubilee.

(55) God stated For the children of Israel are servants to Me; they Are my Servants whom I brought out the land of Egypt: I am the Lord your God.

## The law concerning Bondservants

Deuteronomy 15:12 If your brother, A Hebrew man, or a Hebrew woman, is Sold to you and serves you Six years, Then in the seventh year you shall let him Go free from you

## Justice Must be Administered

Deuteronomy 16:19 You shall not pervert justice; you shall not show Partiality, Nor take a bribe, For a bribe blinds the eyes of the wise and twist the words of the Righteous

If Slavery Is Not Atrocity Heinous And Evil And Oppressive Then the Conscience of Judgment Is not morally Inclined

Being In A cell 23+ hour for over 2½ Is A torment mechanism where I seen A lot of people lose there mind for Solitary Confinement. Also they refused to send visition form to my sister Baby mother and kids. Stating the system Is Back up. Can't even see my kids on The J-pay machine lost all contact with the world. They lost All my work lawbook and also the Books I wrote. As The D.A Fight me In Court He Also making the prison mess over me that's why they lost A whole Box of my Important Papers And All. Due to them Ridding my motions. Also making sure I don't Get out of Jail. From this False Imprisonment Sentence To Slavery.

I'm A Historian Advocate, back ground I will books, to law work criminal And civil Anthropologist, Theologist, Humanitarian And A Messenger For my lord. Hey My Name Is Antoine Edwards A Moorish American I worked Since I was 17 as A professional chef. Worked all through the French Quarter, Help open A lot of Resturants, Maspera Royal House Cafe Soule, LaBayou, Nawlin Cookery. Worked At Some of the famous Resturant, Arnauds, Galotorie, Morton Steakhouse, I was Married At 21 with 3 Step Kids And I have 3 biological Kids. I move to Atlanta In 2013 with my wife. Came back to Orleans on a Misidentification. And been Falsely Imprison Since. The D.A put two guns on me took the Gun off the killer And put It on me to Frame And Entrap me. Due to being A Moorish American As A Heir of law The United States have jurisdiction over subject Matter. And Governed by The principle of United States Constitution And the Federal Constitution. Due to want of prosecution Orleans lacked jurisdiction of subject matter. Due to My Home land of France Surrendering The Louisiana I have Been Denied Birth Right And been made A Subject to The Political Entity of State of Louisiana. My Allegiance Is with United States. Governed by the Supremacy Clause and The Guaranteed Clause of A republic Government. Due to GOD being the Sovereignty, Authority of his Providence Human land Air. My living And Dying Is For Him And to him Is the Return my Creator For He will Judge me. I have been In prison As to Fraud. By Falsifying Document and Data. I'm being held As A political Hostage And being Denied Equal protection. And Right to Equality Freedom And Justice Seek Expatriation And Emancipation From political ties. I have been put enslave. My person livelihood and property has been taken. I have been treated with Cruel and Unusual punishment And Inhumane treatment. I Like charges Filed on All who has harmed me. They are continuely keeping me In the cell so I can't get my Freedom Ave Do my law work. My Family Need me!!