UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTOINE EDWARDS (#748056)

VERSUS

LUKE RHEEMS, ET AL.

CIVIL ACTION

22-290-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes. dated December 29, 2022, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over potential state law claims and Edwards's federal claim related to Captain Bradford's alleged falsification of a document causing Edwards to be sentenced to lockdown for five days is DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A. Any other federal claims Edwards has brought in this matter are DISMISSED WITHOUT PREJUDICE as improperly cumulated and that this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this 7th day of February, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 28.
[2] Rec. Doc. 29.